**2022-AC10738**

Electronically Filed - City of St. Louis - November 20, 2020 - 10:04 AM

### IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
### STATE OF MISSOURI
### ASSOCIATE DIVISION

TIMOTHY SNOW

      Plaintiff,

v.

ALPHA RECOVERY CORP.,

Serve at:
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

and

BUREAUS INVESTMENT GROUP
PORTFOLIO NO. 15, LLC

Serve at:
Michael Slotky - Registered Agent
650 Dundee Road, Ste 370
Northbrook, IL 60062

      Defendants.

Case No

Division

**JURY TRIAL DEMANDED**

### PETITION

COMES NOW Timothy Snow ("Plaintiff"), by and through his undersigned counsel, and for his petition states as follows:

### INTRODUCTION

1.     This is an action for actual and statutory damages brought to the Court by an individual consumer for violations of the Fair Debt Collections Practices Act, 15 U.S.C. §1692 et

Exhibit A

Electronically Filed - City of St. Louis - November 20, 2020 - 10:04 AM

seq. ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

2.     Plaintiff demands a trial by jury on all issues so triable.

## JURISDICTION

3.     This Court has jurisdiction of the FDCPA claim under 15 U.S.C. § 1692k(d), as Defendants' collection activity was directed to Plaintiff at his residence in Missouri. Plaintiff suffered the harms described herein in Missouri. Venue is proper in the City of St. Louis, Missouri for this reason.

## PARTIES

4.     Plaintiff is a natural person currently residing in St. Louis, Missouri. Plaintiff is a "consumer" within the meaning of the FDCPA.

5.     The alleged debt Plaintiff owes arises out of consumer, family, and household transactions. Specifically, the alleged debt arose from consumer purchases of goods and services Plaintiff made on his Capital One account.

6.     Plaintiff has a bona-fide dispute of the debts. While Plaintiff did purchase consumer goods and services on his Capital One account, the balance alleged of $862.43 is not accurate to the best of Plaintiff's understanding as it overstates any amount that could be due or owing to Defendants.

7.     Defendant Alpha Recovery Corp. ("Defendant Alpha") is a foreign limited liability company with its principal place of business located outside the State of Missouri.

Exhibit A

Electronically Filed - City of St. Louis - November 20, 2020 - 10:04 AM

8.    Defendant Bureaus Investment Group Portfolio No. 15, LLC ("Defendant Bureaus") is a foreign limited liability company with its principal place of business located outside the State of Missouri.

9.    At all times relevant, Defendant Alpha and Defendant Bureaus collectively and cooperatively worked on the collection of the subject debt.  Specifically, Defendant Bureaus purchased the alleged debt and retained ownership of it while it directed Defendant Alpha to take the specific debt collection tactics at issue in this suit or undertook those collection activities jointly and directly with Defendant Alpha.  The collection letter at issue reflected that it was sent jointly by Defendant Alpha and Defendant Bureaus, and all other collection activity with respect to the subject debt was conducted jointly by Defendants.

10.    Defendant Alpha and Defendant Bureaus are co-agents.

11.    The principal business purpose of Defendants is the collection of debts nationwide; Defendants regularly attempt to collect debts alleged to be due to another entity.

12.    Defendants are engaged in the collection of debts from consumers through means of using mail and telephone.  Defendants are "debt collectors" as defined by the FDCPA.  15 U.S.C. §1692a(6).

## **FACTS**

13.    Defendants' collection activity, of which Plaintiff disputes, occurred within the previous twelve (12) months.

14.    On November 9, 2020, Plaintiff called Defendants after noticing them on his credit report.  This was the initial collection communication.

15.    Defendants verified Plaintiff's identity and stated a balance of $862.43.

Exhibit A

Electronically Filed - City of St. Louis - November 20, 2020 - 10:04 AM

16.     Plaintiff, having received no communication from Defendants to this point, asked Defendants if they would be sending him a letter.

17.     Defendants falsely attributed the lack of communication to Plaintiff by claiming Plaintiff sent a cease and desist letter to Defendants in April of 2020.

18.     Plaintiff, at no point, sent Defendants a cease and desist letter.

19.     During the call, Defendants sent Plaintiff a collection letter via email at Plaintiff's request. This was the initial collection communication.

20.     This initial collection communication did not advise Plaintiff of his dispute rights or allow any mechanism by which he could dispute the debt, as required by the FDCPA. Specifically, the collection letter Defendants sent Plaintiff simply listed the alleged balance due and asked that Plaintiff "remit your payment in full."

21.     This was a collection communication that overshadowed Plaintiff's dispute rights and caused him to believe that Defendants would not honor his right to dispute the debt or that he had no right to dispute the debt. Specifically, Defendants were refusing to acknowledge Plaintiff's right to dispute the debt by failing to notify him that he even had dispute rights.

22.     During the call, Defendants at no point notified Plaintiff of his dispute rights. Specifically, Defendants gave Plaintiff one option to get the alleged debt removed from his credit report: pay the alleged debt in full to Defendants right then and there on November 9, a date well within Plaintiff's dispute period.

23.     Defendants' conduct showed blatant disregard for Plaintiff's right to dispute a debt.

Exhibit A

Electronically Filed - City of St. Louis - November 20, 2020 - 10:04 AM

24.     Defendants' above-described conduct has caused Plaintiff to incur actual damages including but not limited to attorneys' fees paid to his counsel, anxiety, frustration, and worry.

25.     Further, Defendants' above-described conduct has caused Plaintiff to suffer the following additional injuries in fact:

a.     Plaintiff has been deprived of his statutorily created right to dispute a debt.

b.     Plaintiff has been deprived of his statutorily created right to truthful information about the debt because Defendants failed to notify Plaintiff of his ability to dispute the debt.

26.     The injuries in fact are fairly traceable to the challenged actions of the Defendants in that the Defendants engaged in the phone call with Plaintiff and sent Plaintiff the initial collection communication.

27.     Plaintiff's injuries in fact are likely to be redressed by a favorable decision in this Court.

## **COUNT I: VIOLATION OF THE FDCPA**

28.     Plaintiff re-alleges and incorporates by reference all of the above paragraphs.

29.     In its attempts to collect the alleged debt from Plaintiff, Defendants have committed violations of the FDCPA, 15 U.S.C. § 1692 et seq., including, but not limited to, the following:

a.     Overshadowing Plaintiff's dispute rights. 15 U.S.C. § 1692g.

b.     Falsely representing the character, amount, or legal status of the alleged debts, specifically by failing to notify Plaintiff of his dispute rights and making false representations about communications sent on the debt. 15 U.S.C. § 1692e.

Exhibit A

Electronically Filed - City of St. Louis - November 20, 2020 - 10:04 AM

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendants for:

A.      Judgment that Defendants' conduct violated the FDCPA;

B.      Actual damages in an amount to be determined by the jury;

C.      Statutory damages, costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692(k); and

D.      For such other relief as the Court may deem just and proper.

Respectfully submitted,

**ROSS & VOYTAS, LLC**

By: /s/ Richard A. Voytas, Jr.
Richard A. Voytas, #52046
12444 Powerscourt Drive, Ste 370
St. Louis, MO 63131
Phone: (314) 394-0605
Fax:    (636) 333-1212
rick@rossvoytas.com

Attorney for Plaintiff

Exhibit A

**2022-AC10738**

Electronically Filed - City of St. Louis - November 20, 2020 - 10:04 AM

In the
# CIRCUIT COURT
**City of St. Louis, Missouri**

TIMOTHY SNOW
_____
Plaintiff/Petitioner

vs.

ALPHA RECOVERY CORP., et al.
_____
Defendant/Respondent

For File Stamp Only

November 20, 2020
_____
Date

_____
Case number

_____
Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff _____, pursuant
                        Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of
Clutter Investigations d/b/a Courthouse Courier    1 W Old State Capitol Plaza #818

| Name of Process Server | Address | Telephone |
|---|---|---|
| Michelle Tomlin | Springfield, IL 62701 | 877-528-5997 |
| Name of Process Server | Address | Telephone |
| Michael A. Jones | 4101 S Halsted St., Ste 9191, Chicago IL 60609 | 773-776-6610 |
| Name of Process Server | Address | Telephone |

to serve the summons and petition in this cause on the below named parties.

SERVE:
Illinois Corp. Serv. C - Rgt. Agt for Alpha
_____
Name
801 Adlai Stevenson Drive
_____
Address
Springfield, IL 62703
_____
City/State/Zip

SERVE:
Michael Slotky - Rgt. Agt. for Bureaus
_____
Name
650 Dundee Road, Ste 370
_____
Address
Northbrook, IL 60062
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk

By_____
         Deputy Clerk

_____
Date

/s/ Richard A. Voytas, Jr.
_____
Attorney/Plaintiff/Petitioner
52046
_____
Bar No.
12444 Powerscourt Dr., Ste 370, St. Louis, MO
_____
Address
314-394-0605
_____
Phone No.

Exhibit A

Electronically Filed - City of St. Louis - November 20, 2020 - 10:04 AM

**RULE 14 SPECIAL PROCESS SERVERS**

1. Any person appointed by the Court or the Circuit Clerk to serve process must have a license issued pursuant to this rule to serve process.

2. Licenses to serve process shall be issued by the Sheriff of the City of St. Louis if the applicant has met the following qualifications:

   a. Is twenty-one years of age or older;

   b. Has a high school diploma or an equivalent level of education;

   c. Has insurance coverage for any errors or omissions occurring in the service of process;

   d. Has not been convicted, pleaded guilty to or been found guilty of any felony, or of any misdemeanor involving moral turpitude; and,

   e. Has passed a training course for the service of process which shall be administered by the Sheriff of the City of St. Louis.

3. Each applicant for a process server license under the provisions of this rule shall provide an affidavit setting forth such person's legal name, current address, any other occupations and current telephone numbers.  Licensed process servers shall immediately notify the Sheriff of the City of St. Louis of any change in the above information, and the failure to do so shall constitute good cause for the revocation of such person's license.

4. The Sheriff of the City of St. Louis shall maintain a list of persons licensed to serve process pursuant to this rule, and shall make such list available to litigants upon request.

5. A photo identification card designed by the Sheriff of the City of St. Louis shall be issued in addition to the license.  No other identification will be allowed.  All licenses must be signed and approved by the Sheriff of the City of St. Louis and the Presiding Judge or his designee.

6. A license fee recommended by the Sheriff and approved by the Court En Banc shall be charged to cover the costs of compiling and maintaining the list of process servers and for the training of such process servers.  The license fees shall be made payable to the Sheriff of the City of St. Louis.

Exhibit A

Electronically Filed - City of St. Louis - November 20, 2020 - 10:04 AM

7. A license for service of process issued under this rule may be revoked by the Sheriff with the approval of the Presiding Judge or his designee, for any of the following reasons:

   a. Misrepresentation of duty or authority;

   b. Conviction, guilty plea or finding of guilty of any state or federal felony, or a misdemeanor involving moral turpitude;

   c. Improper use of the license;

   d. Making a false return; or

   e. Any other good cause.

   Provided, no service of process made by an appointed process server with a revoked license shall be void if the Court or Circuit Clerk made the appointment in good faith without knowledge of the license revocation.

8. Any person authorized to serve process may carry a concealed firearm as allowed by Section 506.145, RSMo, only while actually engaged in the service of process and only if the person has passed a firearms qualification test approved by a law enforcement agency; provided, however, that any licensed special process server may file a written waiver of the right to carry a concealed firearm and thereby avoid the requirements of firearm training and testing.  Any violation of this section shall be considered beyond the scope of the privilege to carry a concealed weapon that is granted by the appointment, and shall constitute good cause for the revocation of the license.

9. Applications for the appointment of a special process server shall be made on forms available in the offices of the Sheriff and Circuit Clerk.  Orders Appointing special process servers may list more than one licensed server as alternatives.

10. The licenses granted pursuant to this rule shall be good for two years.  Each person granted a license shall be required to reapply at the expiration of the license and shall be required to provide all the information required in the initial application, including a current police record check.

(Approved 9/28/92; amended 11/23/92; 5/31/95; 12/17/07)

Exhibit A

Electronically Filed - City of St. Louis - November 20, 2020 03:10:04 AM

**2022-AC10738**

In the

# CIRCUIT COURT
## City of St. Louis, Missouri



TIMOTHY SNOW
_____
Plaintiff/Petitioner

November 20, 2020
_____
Date

vs.

ALPHA RECOVERY CORP., et al.
_____
Defendant/Respondent

Case number
_____

Division
_____

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Plaintiff _____, pursuant
            Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of
Clutter Investigations d/b/a Courthouse Courier   1 W Old State Capitol Plaza #818

| Name of Process Server | Address | Telephone |
|---|---|---|
| Michelle Tomlin | Springfield, IL 62701 | 877-528-5997 |
| Name of Process Server | Address | Telephone |
| Michael A. Jones | 4101 S Halsted St., Ste 9191, Chicago IL 60609 | 773-776-6610 |
| Name of Process Server | Address | Telephone |

to serve the summons and petition in this cause on the below named parties.

SERVE:
Illinois Corp. Serv. C - Rgt. Agt for Alpha
_____
Name
801 Adlai Stevenson Drive
_____
Address
Springfield, IL 62703
_____
City/State/Zip

SERVE:
Michael Slotky - Rgt. Agt. for Bureaus
_____
Name
650 Dundee Road, Ste 370
_____
Address
Northbrook, IL 60062
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk

By _____
Deputy Clerk

1-20-20
_____
Date

/s/ Richard A. Voytas, Jr.
_____
Attorney/Plaintiff/Petitioner
52046
_____
Bar No.
12444 Powerscourt Dr., Ste 370, St. Louis, MO
_____
Address
314-394-0605
_____
Phone No.

Exhibit A



## SPECIAL PROCESS SERVER

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>NICOLE JEAN COLBERT BOTCHWAY | Case Number:  2022-AC10738 | Special Process Server 1<br><br>M TOMLIN |
| Plaintiff's/Petitioner:<br>TIMOTHY JESSE SNOW<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address or<br>Pro Se's Address/Telephone Number:<br>RICHARD ANTHONY VOYTAS<br>12444 POWERSCOURT DRIVE<br>SUITE 370<br>ST LOUIS, MO  63131<br>(314) 394-0605 | Special Process Server 2<br><br>M A JONES |
| Defendant/Respondent:<br>ALPHA RECOVERY CORP. | | Special Process Server 3 |
| Nature of Suit:<br>AC Other Tort | Date, Time and Location of Court Appearance:<br>**06-JAN-2021 09:30 AM**<br>**Division 28**<br>**CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO  63101**<br>Please see the attached information for appearing via<br>WebEx.  WebEx connection information may also be found<br>at http://www.stlcitycircuitcourt.com/ | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Associate Division Cases)

The State of Missouri to:  ALPHA RECOVERY CORP.
                            **Alias:**
**801 ADLAI STEVENSON DRIVE**
**SPRINGFIELD, IL  62703**

*COURT SEAL OF*     You are summoned to appear before this court physically if the court is open to the public or virtually if not on the date,
time and location above, to answer the allegation in the petition filed by the above-named plaintiff/petitioner, a copy of
which is attached. If you fail to appear at the time and place stated in this summons, judgment by default will be taken
against you for the relief demanded in the petition.**Due to COVID19 challenges, virtual appearances by Webex.com are
required until further order of this Court. **
If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours
in advance of scheduled hearing.

*CITY OF ST LOUIS*
                  <u>          November 20, 2020          </u>          _____
                              Date
                  Further Information:

### Officer's or Server's Affidavit of Service

**Note to serving officer:** Service must not be made less than 10 days nor more than 60 days from the date the defendant/respondent is to
                    appear in court.

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by: (check one)
   ☐  delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐  leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
      _____, a person of the defendant's/respondent's family over the age of 15 years who
      permanently resides with the defendant/respondent.
   ☐  (for service on a corporation) delivering a copy of the summons and a copy of the petition to:
      _____ (name) _____ (title).
   ☐  other: _____

Served at _____ (address) in _____ County,
_____ (state) on this _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server
**Subscribed and sworn to before me this _____ (day) _____ (month) _____ (year).**
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                   ☐ the judge of the court of which affiant is an officer.
                   ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for
                      out-of-state officer)
*(Seal)*           ☐ authorized to administer oaths. (use for court-appointed server)

                                          _____
                                          Signature and Title

OSCA (07-18) SM70 (ASOS) *For Court Use Only:* Document ID# 20-ASOS-560          1 of 2    (2022-AC10738)          Rules 54.06, 54.07, 54.14, 54.20;
                                                                                                                   506.500, 506.510, 517.041 RSMo

28

4. Attend by **Webex** or other court approved video technology (computer or smart phone);
5. Attend by **Webex** or other court approved audio technology (telephone);
6. **Only appear in person if you have been informed that Division 28 will conduct in person proceedings on the date your hearing is set.**
   To check on your case by telephone call **Division 28 at 314-613-3185 or the circuit clerk's office at 622-4433** during regular business hours.
   You can access your case online on CaseNet at www.courts.mo.gov

**If you fail to appear at your scheduled Court hearing by one of the three methods above, a default judgment may be entered against you.**

**To appear at the Webex hearing please follow the steps below:**

**Parties are required to appear in court on the date ordered physically if the courthouse is open for your specific proceeding or virtually using the below URL link and/or Audio Connection with the Meeting Number/Access Code 961 544 759**

**URL:**
**https://mocourts.webex.com/meet/craig.higgins/**

**Meeting Number:**
**967 395 750**
**Video Address:**
**craig.higgins@mocourts.webex.com"**

**Audio connection:**
**United States Toll +1-408-418-9388**

**Access code:**
**967 395 750**

Exhibit A

## <u>Additional Information For Self-Represented Litigants on Associate Circuit Civil Cases – Page 2</u>

1. The **WebEx** app is free and available through all phone app stores, such as the Google Play store or iTunes.  The call in number is a toll call.
2. At the time of your scheduled hearing, you should log into **Webex** or call in using the audio connection above.
3. If you have any questions, please call the **Division 28 court clerk at 314-613-3185**.
4. VIDEO OR AUDIO RECORDING by litigants or by counsel **<u>IS PROHIBITED</u>**.
5. Until your next court date, please consider the following:

   - You can monitor the status of your case online on CaseNet at www.courts.mo.gov.  Use the "Track this Case" feature to automatically receive emails or text messages about your case.

   - **Before coming to the courthouse,** please check the St. Louis City Circuit Court website at **www.stlcitycircuitcourt.com** to determine whether the courthouse will be open on the day of your scheduled court hearing.

   - To check on your case by telephone call **Division 28 at 314-613-3185 or the circuit clerk's office at 622-4433** during regular business hours. Due to the increased volume of calls, court clerks may not be available at all times to answer questions via telephone.

   - You have the right to hire an attorney to represent you.

   - Attorneys must **mark and** e-file all documents.

   - If you are not represented by a lawyer, you may file answers or other pleadings with the court by mail, or **when the Court is open to the public** come in person to the St. Louis **City Circuit Clerk's office, 10 North Tucker, St. Louis, MO 63108.**

   - Parties are encouraged, but in no way required, to engage in settlement discussions regarding their cases.  If a settlement is reached, a Consent Judgment resolving the case may be filed with the court.  A consent judgement must be signed by all the parties and dated.

Exhibit A



# SPECIAL PROCESS SERVER

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>NICOLE JEAN COLBERT BOTCHWAY | Case Number: 2022-AC10738 | | Special Process Server 1<br><br>M TOMLIN |
|---|---|---|---|
| Plaintiff/Petitioner:<br>TIMOTHY JESSE SNOW | Plaintiff's/Petitioner's Attorney/Address or<br>Pro Se's Address/Telephone Number:<br>RICHARD ANTHONY VOYTAS<br>12444 POWERSCOURT DRIVE<br>SUITE 370<br>ST LOUIS, MO 63131<br>(314) 394-0605 | | Special Process Server 2<br><br>M A JONES |
| vs. | | | |
| Defendant/Respondent:<br>ALPHA RECOVERY CORP. | | | Special Process Server 3 |
| Nature of Suit:<br>AC Other Tort | Date, Time and Location of Court Appearance:<br>06-JAN-2021 09:30 AM<br>**Division 28**<br>**CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO 63101**<br>Please see the attached information for appearing via<br>WebEx. WebEx connection information may also be found<br>at http://www.stlcitycircuitcourt.com/ | | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Associate Division Cases)

The State of Missouri to:   BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC
**Alias:**
650 DUNDEE ROAD SUITE 370
NORTHBROOK, IL  60062

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court physically if the court is open to the public or virtually if not on the date, time and location above, to answer the allegation in the petition filed by the above-named plaintiff/petitioner, a copy of which is attached. If you fail to appear at the time and place stated in this summons, judgment by default will be taken against you for the relief demanded in the petition.**Due to COVID19 challenges, virtual appearances by Webex.com are required until further order of this Court. **
If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

November 20, 2020
Date

Further Information:

---

### Officer's or Server's Affidavit of Service

**Note to serving officer:** Service must not be made less than 10 days nor more than 60 days from the date the defendant/respondent is to appear in court.

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state)
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to: _____ (name) _____ (title).
   ☐ other: _____

Served at _____ (address) in _____ County, _____ (state) on this _____ (date) at _____ (time).

---

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

28

4. Attend by **Webex** or other court approved video technology (computer or smart phone);
5. Attend by **Webex** or other court approved audio technology (telephone);
6. **Only appear in person if you have been informed that Division 28 will conduct in person proceedings on the date your hearing is set.**
   To check on your case by telephone call **Division 28 at 314-613-3185 or the circuit clerk's office at 622-4433** during regular business hours.
   You can access your case online on CaseNet at www.courts.mo.gov

**If you fail to appear at your scheduled Court hearing by one of the three methods above, a default judgment may be entered against you.**

**To appear at the Webex hearing please follow the steps below:**

**Parties are required to appear in court on the date ordered physically if the courthouse is open for your specific proceeding or virtually using the below URL link and/or Audio Connection with the Meeting Number/Access Code 961 544 759**

**URL:**
**https://mocourts.webex.com/meet/craig.higgins/**

**Meeting Number:**
**967 395 750**
**Video Address:**
**craig.higgins@mocourts.webex.com"**

**Audio connection:**
**United States Toll +1-408-418-9388**

**Access code:**
**967 395 750**

Exhibit A

## Additional Information For Self-Represented Litigants on Associate Circuit Civil Cases – Page 2

1. The **WebEx** app is free and available through all phone app stores, such as the Google Play store or iTunes. The call in number is a toll call.

2. At the time of your scheduled hearing, you should log into **Webex** or call in using the audio connection above.

3. If you have any questions, please call the **Division 28 court clerk at 314-613-3185**.

4. VIDEO OR AUDIO RECORDING by litigants or by counsel **IS PROHIBITED**.

5. Until your next court date, please consider the following:

   - You can monitor the status of your case online on CaseNet at www.courts.mo.gov. Use the "Track this Case" feature to automatically receive emails or text messages about your case.

   - **Before coming to the courthouse**, please check the St. Louis City Circuit Court website at **www.stlcitycircuitcourt.com** to determine whether the courthouse will be open on the day of your scheduled court hearing.

   - To check on your case by telephone call **Division 28 at 314-613-3185 or the circuit clerk's office at 622-4433** during regular business hours. Due to the increased volume of calls, court clerks may not be available at all times to answer questions via telephone.

   - You have the right to hire an attorney to represent you.

   - Attorneys must **mark and** e-file all documents.

   - If you are not represented by a lawyer, you may file answers or other pleadings with the court by mail, or **when the Court is open to the public** come in person to the St. Louis **City Circuit Clerk's office, 10 North Tucker, St. Louis, MO 63108.**

   - Parties are encouraged, but in no way required, to engage in settlement discussions regarding their cases. If a settlement is reached, a Consent Judgment resolving the case may be filed with the court. A consent judgement must be signed by all the parties and dated.

Exhibit A

Electronically Filed - City of St. Louis - November 30, 2020 - 03:53 PM



## SPECIAL PROCESS SERVER

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>NICOLE JEAN COLBERT BOTCHWAY | Case Number: 2022-AC10738 | Special Process Server 1<br><br>M TOMLIN |
|---|---|---|
| Plaintiff/Petitioner:<br>TIMOTHY JESSE SNOW<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address or<br>Pro Se's Address/Telephone Number:<br>RICHARD ANTHONY VOYTAS<br>12444 POWERSCOURT DRIVE<br>SUITE 370<br>ST LOUIS, MO 63131<br>(314) 394-0605 | Special Process Server 2<br><br>M A JONES |
| Defendant/Respondent:<br>ALPHA RECOVERY CORP. | | Special Process Server 3 |
| Nature of Suit:<br>AC Other Tort | Date, Time and Location of Court Appearance:<br>06-JAN-2021 09:30 AM<br>Division 28<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101<br>Please see the attached information for appearing via<br>WebEx. WebEx connection information may also be found<br>at http://www.stlcitycircuitcourt.com/ | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
### (Associate Division Cases)

The State of Missouri to:  ALPHA RECOVERY CORP.
                    Alias:
**801 ADLAI STEVENSON DRIVE**
**SPRINGFIELD, IL 62703**

**COURT SEAL OF**

*COURT SEAL*

**CITY OF ST LOUIS**

You are summoned to appear before this court physically if the court is open to the public or virtually if not on the date, time and location above, to answer the allegation in the petition filed by the above-named plaintiff/petitioner, a copy of which is attached. If you fail to appear at the time and place stated in this summons, judgment by default will be taken against you for the relief demanded in the petition.**Due to COVID19 challenges, virtual appearances by Webex.com are required until further order of this Court. **
If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

_____November 20, 2020_____
Date
Further Information:

### Officer's or Server's Affidavit of Service

Note to serving officer: Service must not be made less than 10 days nor more than 60 days from the date the defendant/respondent is to appear in court.

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is **process server** of **Sangamon** County, **IL** (state)
3.  I have served the above summons by: (check one)
    ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
    ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
    ☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to: **Dale Miller** (name) **Document Specialist** (title).
    ☐ other: _____
Served at **801 Adlai Stevenson Dr. Springfield** (address) in **Sangamon** County,
**IL** (state) on this **11 24 2020** (date) at **12:41 pm** (time).

**Michelle Tomlin**                          *Michelle (signature)*
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

Subscribed and sworn to before me this **24th** (day) **Nov** (month) **2020** (year).
**OFFICIAL SEAL** (check one)  ☐ the clerk of the court of which affiant is an officer.
**KATHY J LA BOUNTY**          ☐ the judge of the court of which affiant is an officer.
**NOTARY PUBLIC, STATE OF ILLINOIS**  ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
**MY COMMISSION EXPIRES OCT. 21, 2023**  ☐ authorized to administer oaths. (use for court-appointed server)

*Kathy LaBounty (signature)*
Signature and Title

OSCA (07-18) SM70 (ASOS) *For Court Use Only: Document ID# 20-ASOS-560*     1 of 2 (2022-AC10738)     Rules 54.06, 54.07, 54.14, 54.20;
506.500, 506.510, 517.041 RSMo

Exhibit A

Electronically Filed - City of St. Louis - November 30, 2020 - 03:53 PM

# **AFFIDAVIT OF SERVICE**

**State of Missouri**                    **County of St. Louis**                **22nd Judicial Circuit Court**

Case Number: 2022-AC10738

Plaintiff:
**Timothy Snow**

vs.

Defendant:
**Alpha Recovery Corp., and Bureaus Investment Group Portfolio No. 15,
LLC**

For:
Ross & Voytas, LLC
12444 Powerscourt Drive
Suite 370
St. Louis, MO 63131

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 23rd day of November, 2020 at 7:43 am to be served on **Alpha Recovery Corp, c/o Illinois Corporation Service Co, Registered Agent, 801 Adlai Stevenson Drive, Springfield, IL 62703.**

I, Michelle Tomlin, being duly sworn, depose and say that on the **24th day of November, 2020** at **12:51 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons for Personal SErvice Outside the State of Missouri, Additional Information for Self-Represented Litigants on Associate Circuit Civil Cases, Petition, and Request for Appointment of Process Server** with the date and hour of service endorsed thereon by me, to: **Dale Miller** as **Document Specialist** for **Alpha Recovery Corp**, at the address of: **c/o Illinois Corporation Service Co, Registered Agent, 801 Adlai Stevenson Drive, Springfield, IL 62703**, and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 43, Sex: M, Race/Skin Color: White, Height: 5'11, Weight: 180, Hair: Bald, Glasses: Y

Exhibit A

Electronically Filed - City of St. Louis - November 30, 2020 - 03:53 PM

## AFFIDAVIT OF SERVICE For 2022-AC10738

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit.  Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

**Michelle Tomlin**
129-316088

**Clutter Investigations Inc. DBA Courthouse Courier**
**1 West Old State Capitol Plaza**
**Suite 818**
**Springfield, IL 62701**
**(217) 528-5997**

Subscribed and Sworn to before me on the 24ᵗʰ day of November , 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL SEAL
KATHY J LA BOUNTY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES OCT. 21, 2023

Our Job Serial Number: CLU-2020001957

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

Exhibit A

Electronically Filed - City of St. Louis - December 08, 2020 - 04:22 PM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**
**ASSOCIATE DIVISION**

TIMOTHY SNOW,

Plaintiff,

v.

ALPHA RECOVERY CORP., et al.,

Defendants.

Case No 2022-AC10738

Division        28

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the address of the undersigned and Ross & Voytas, LLC has changed to 2242 S. Brentwood Blvd., St. Louis, MO 63144. The remainder of the undersigned's contact information remains the same.

Respectfully submitted,

**ROSS & VOYTAS, LLC**

By: /s/ Richard A. Voytas, Jr.
Richard A. Voytas, Jr., #52046
rick@rossvoytas.com
2242 S Brentwood Blvd.
St. Louis, MO 63144
Phone: (314) 394-0605
Fax: (636) 333-1212

Attorney for Plaintiff

1

Exhibit A

Electronically Filed - City of St. Louis - December 08, 2020 - 04:22 PM

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by operation of the electronic filing system pursuant to Rule 103.08 and Court Operating Rule 27.01 this 8th day of December, 2020.


/s/ Richard A. Voytas, Jr

2

Exhibit A

Electronically Filed - City of St. Louis - December 30, 2020 - 11:15 AM

## IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
## STATE OF MISSOURI
## ASSOCIATE DIVISION

TIMOTHY SNOW,

Plaintiff,

v.

ALPHA RECOVERY CORP., et al.,

Defendants.

Case No 2022-AC10738

Division        28

## MOTION FOR CONTINUANCE

COMES NOW Plaintiff Timothy Snow, by and through his undersigned counsel, and requests this Court a continuance from a January 6, 2020 at 9:30 a.m. court date to a February 3, 2020, at 9:30 a.m. court date.

Respectfully submitted,

**ROSS & VOYTAS, LLC**

By: /s/ Richard A. Voytas, Jr.
Richard A. Voytas, Jr., #52046
rick@rossvoytas.com
2242 S Brentwood Blvd.
St. Louis, MO 63144
Phone: (314) 394-0605
Fax: (636) 333-1212

Attorney for Plaintiff

1

Exhibit A

Electronically Filed - City of St. Louis - December 30, 2020 - 11:15 AM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by operation of the electronic filing system pursuant to Rule 103.08 and Court Operating Rule 27.01 this 30th day of December, 2020.


/s/ Richard A. Voytas, Jr.

2

Exhibit A

Electronically Filed - City of St. Louis - January 18, 2021 - 04:08 PM



**SPECIAL PROCESS SERVER**

*Return* *Fri M 20 2:23 PM*

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>NICOLE JEAN COLBERT BOTCHWAY | Case Number: 2022-AC10738 | Special Process Server 1<br><br>M TOMLIN |
| Plaintiff/Petitioner:<br>TIMOTHY JESSE SNOW<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address or<br>Pro Se's Address/Telephone Number:<br>RICHARD ANTHONY VOYTAS<br>12444 POWERSCOURT DRIVE<br>SUITE 370<br>ST LOUIS, MO 63131<br>(314) 394-0605 | Special Process Server 2<br><br>M A JONES |
| Defendant/Respondent:<br>ALPHA RECOVERY CORP. | | Special Process Server 3 |
| Nature of Suit:<br>AC Other Tort | Date, Time and Location of Court Appearance:<br>06-JAN-2021 09:30 AM<br>Division 28<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101<br>Please see the attached information for appearing via<br>WebEx. WebEx connection information may also be found<br>at http://www.stlcitycircuitcourt.com/ | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
### (Associate Division Cases)

The State of Missouri to:  BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC
Alias:
650 DUNDEE ROAD SUITE 370
NORTHBROOK, IL 60062

**COURT SEAL OF**

You are summoned to appear before this court physically if the court is open to the public or virtually if not on the date, time and location above, to answer the allegation in the petition filed by the above-named plaintiff/petitioner, a copy of which is attached. If you fail to appear at the time and place stated in this summons, judgment by default will be taken against you for the relief demanded in the petition.**Due to COVID19 challenges, virtual appearances by Webex.com are required until further order of this Court. **
If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

**CITY OF ST LOUIS**

November 20, 2020
Date

Further Information:

### Officer's or Server's Affidavit of Service

Note to serving officer: Service must not be made less than 10 days nor more than 60 days from the date the defendant/respondent is to appear in court.

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Process Server_ of _Cook_ County, _ILL_ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to: _____ (name) _____ (title).
   ☒ other: _NON Served Due to Covd Virus / Closed._

Served at _____ (address) in _____ County,
_____ (state) on this _____ (date) at _____ (time).

_Michael A. Jones_
Printed Name of Sheriff or Server

Signature of Sheriff or Server

Subscribed and sworn to before me this _19th_ (day) _December_ (month) _20_ (year).

I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
☒ the judge of the court of which affiant is an officer.
☒ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☒ authorized to administer oaths. (use for court-appointed server)

Official Seal
Michael P Slevnik
Notary Public State of Illinois
My Commission Expires 03/29/2021

Signature and Title

OSCA (07-18) SM70 (ASOS) *For Court Use Only: Document ID# 20-ASOS-561*   1 of 2   (2022-AC10738)   Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510, 517.041 RSMo

Exhibit A

Electronically Filed - City of St. Louis - January 18, 2021 - 04:08 PM

# AFFIDAVIT PROOF OF NONSERVICE

I _Michael A Sass_, the undersigned, being first duly sworn on oath, depose and say that I am over the age of eighteen and not a party to action # _2022AC10738_ filed in the circuit court of _22nd Judicial Circuit_ county, _Missouri_. I certify that I

non-served the attached papers on the    Defendant as follows:

_Bureaus Investment Group Portifolio 15 LLC_
_650 Dundee Road Suite 370_
_Northbrook, IL 60062_

The Defendant named on the Summons and Complaint was not served for the following reason:

_Attempted on 12-09-2020 At 1:00pm Office Closed_
_Due to Virus_
_Attempted on 12-15-2020 At 10:00am Office Closed_
_Due to Virus_
_Attempted on 12-19-2020 At 4:00Pm Office Closed_
_Due to Virus_

I COULD NOT WITH REASONABLE DILIGENCE AND WITH THE CURRENT INFORMATION PROVIDED TO ME, EFFECT SERVICE ON THE ABOVE NAMED DEFENDANT AT THIS LOCATION.

Server: _Michael A Sass_                                      _[signature]_

Print                                                                   Signature

Signed and Sworn before me this _29_ day of _December_, 20 _20_

Notary Public _[signature]_

Official Seal
Michael P Slevnik
Notary Public State of Illinois
My Commission Expires 03/29/2021

Exhibit A

Electronically Filed - City of St. Louis - January 18, 2021 - 04:08 PM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**
**ASSOCIATE DIVISION**

| | |
|---|---|
| TIMOTHY SNOW, | |
| Plaintiff, | |
| v. | Case No 2022-AC10738 |
| | Division      28 |
| ALPHA RECOVERY CORP., et al., | |
| Defendants. | |

**REQUEST FOR ALIAS SUMMONS**

COMES NOW Plaintiff Timothy Snow, by and through his undersigned counsel, and asks that the Court issue an alias summons for Defendant Bureaus Investment Group Portfolio No. 15, LLC ("Defendant"). The previous summons, issued on November 20, 2020, was returned non-est. Plaintiff requests a new summons to attempt service on Defendant. Plaintiff is filing a Request for Appointment of Process Server contemporaneously with Request for Alias Summons.

Respectfully submitted,

**ROSS & VOYTAS, LLC**

By: /s/ Richard A. Voytas
Richard A. Voytas, Jr. # 52046 MO
Ross & Voytas, LLC
2242 S Brentwood Blvd.
St. Louis, MO 63144
(314) 394-0605 (telephone)
(314) 636-333-1212 (facsimile)
rick@rossvoytas.com

1

Exhibit A

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by operation of the electronic filing system pursuant to Rule 103.08 and Court Operating Rule 27.01 this 18th day of January, 2021.

/s/ Richard A. Voytas, Jr.

2

Exhibit A

Electronically Filed - City of St. Louis - January 18, 2021 - 04:08 PM

Electronically Filed - City of St. Louis - January 18, 2021 - 04:08 PM

**In the**
# CIRCUIT COURT
## City of St. Louis, Missouri

TIMOTHY SNOW
_____
Plaintiff/Petitioner


vs.

ALPHA RECOVERY CORP., ET AL.
_____
Defendant/Respondent

For File Stamp Only

January 18, 2021
_____
Date

2022-AC10738
_____
Case number

28
_____
Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff _____, pursuant

Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

Courthouse Courier                    1658 N Milwaukee Ave.,

| Name of Process Server | Address | Telephone |
|---|---|---|
| Jason Laning | Chicago, IL 60647 | 877-528-5997 |
| Name of Process Server | Address | Telephone |
| | | |
| Name of Process Server | Address | Telephone |

to serve the summons and petition in this cause on the below named parties.

SERVE:                                          SERVE:

MIchael Slotky - Rgt. Agt. for Bureaus          _____
Name                                            Name
895 Oak Dr.                                      _____
Address                                         Address
Glencoe, IL 60062                                _____
City/State/Zip                                   City/State/Zip

SERVE:                                          SERVE:

_____                 _____
Name                                            Name
_____                 _____
Address                                         Address
_____                 _____
City/State/Zip                                   City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk

/s/ Richard A. Voytas, Jr.
_____
Attorney/Plaintiff/Petitioner
52046

By_____
Deputy Clerk

Bar No.
2242 S Brentwood Blvd., St. Louis, MO 63144
_____
Address
314-394-0605

_____
Date

Phone No.

Exhibit A

Electronically Filed - City of St. Louis - January 18, 2021 - 04:08 PM

**RULE 14 SPECIAL PROCESS SERVERS**

1. Any person appointed by the Court or the Circuit Clerk to serve process must have a license issued pursuant to this rule to serve process.

2. Licenses to serve process shall be issued by the Sheriff of the City of St. Louis if the applicant has met the following qualifications:

   a. Is twenty-one years of age or older;

   b. Has a high school diploma or an equivalent level of education;

   c. Has insurance coverage for any errors or omissions occurring in the service of process;

   d. Has not been convicted, pleaded guilty to or been found guilty of any felony, or of any misdemeanor involving moral turpitude; and,

   e. Has passed a training course for the service of process which shall be administered by the Sheriff of the City of St. Louis.

3. Each applicant for a process server license under the provisions of this rule shall provide an affidavit setting forth such person's legal name, current address, any other occupations and current telephone numbers.  Licensed process servers shall immediately notify the Sheriff of the City of St. Louis of any change in the above information, and the failure to do so shall constitute good cause for the revocation of such person's license.

4. The Sheriff of the City of St. Louis shall maintain a list of persons licensed to serve process pursuant to this rule, and shall make such list available to litigants upon request.

5. A photo identification card designed by the Sheriff of the City of St. Louis shall be issued in addition to the license.  No other identification will be allowed.  All licenses must be signed and approved by the Sheriff of the City of St. Louis and the Presiding Judge or his designee.

6. A license fee recommended by the Sheriff and approved by the Court En Banc shall be charged to cover the costs of compiling and maintaining the list of process servers and for the training of such process servers.  The license fees shall be made payable to the Sheriff of the City of St. Louis.

Exhibit A

Electronically Filed - City of St. Louis - January 18, 2021 - 04:08 PM

7. A license for service of process issued under this rule may be revoked by the Sheriff with the approval of the Presiding Judge or his designee, for any of the following reasons:

   a. Misrepresentation of duty or authority;

   b. Conviction, guilty plea or finding of guilty of any state or federal felony, or a misdemeanor involving moral turpitude;

   c. Improper use of the license;

   d. Making a false return; or

   e. Any other good cause.

   Provided, no service of process made by an appointed process server with a revoked license shall be void if the Court or Circuit Clerk made the appointment in good faith without knowledge of the license revocation.

8. Any person authorized to serve process may carry a concealed firearm as allowed by Section 506.145, RSMo, only while actually engaged in the service of process and only if the person has passed a firearms qualification test approved by a law enforcement agency; provided, however, that any licensed special process server may file a written waiver of the right to carry a concealed firearm and thereby avoid the requirements of firearm training and testing.  Any violation of this section shall be considered beyond the scope of the privilege to carry a concealed weapon that is granted by the appointment, and shall constitute good cause for the revocation of the license.

9. Applications for the appointment of a special process server shall be made on forms available in the offices of the Sheriff and Circuit Clerk.  Orders Appointing special process servers may list more than one licensed server as alternatives.

10. The licenses granted pursuant to this rule shall be good for two years.  Each person granted a license shall be required to reapply at the expiration of the license and shall be required to provide all the information required in the initial application, including a current police record check.

(Approved 9/28/92; amended 11/23/92; 5/31/95; 12/17/07)

Exhibit A

Electronically Filed - City of St. Louis - January 18, 2021 - 04:08 PM

**In the**

# CIRCUIT COURT
## City of St. Louis, Missouri

TIMOTHY SNOW
_____
Plaintiff/Petitioner

vs.

ALPHA RECOVERY CORP., ET AL.
_____
Defendant/Respondent

┌                                    ┐
                          For File Stamp Only

└                                    ┘

January 18, 2021
_____
Date

2022-AC10738
_____
Case number

28
_____
Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Plaintiff _____, pursuant

Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

| Courthouse Courier | 1658 N Milwaukee Ave., | |
| Name of Process Server | Address | Telephone |
| Jason Laning | Chicago, IL 60647 | 877-528-5997 |
| Name of Process Server | Address | Telephone |
| | | |
| Name of Process Server | Address | Telephone |

to serve the summons and petition in this cause on the below named parties.

| SERVE: | SERVE: |
|---|---|
| MIchael Slotky - Rgt. Agt. for Bureaus | |
| Name | Name |
| 895 Oak Dr. | |
| Address | Address |
| Glencoe, IL 60062 | |
| City/State/Zip | City/State/Zip |

| SERVE: | SERVE: |
|---|---|
| | |
| Name | Name |
| | |
| Address | Address |
| | |
| City/State/Zip | City/State/Zip |

Appointed as requested:

**TOM KLOEPPINGER**, Circuit Clerk

By _Signature_ 42132
~~Deputy Clerk~~
2-4-2021
_____
Date

/s/ Richard A. Voytas, Jr.
_____
Attorney/Plaintiff/Petitioner
52046
_____
Bar No.
2242 S Brentwood Blvd., St. Louis, MO 63144
_____
Address
314-394-0605
_____
Phone No.

Exhibit A

Electronically Filed - City of St. Louis - January 27, 2021 - 12:34 PM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**
**ASSOCIATE DIVISION**

TIMOTHY SNOW,

Plaintiff,

v.

ALPHA RECOVERY CORP., et al.,

Defendants.

Case No 2022-AC10738

Division        28

<u>**MOTION FOR CONTINUANCE**</u>

COMES  NOW  Plaintiff  Timothy  Snow,  by  and  through  his  undersigned  counsel,  and requests this Court a continuance from a February 3, 2021 at 9:30 a.m. court date to a March 3, 2021, at 9:30 a.m. court date.

Respectfully submitted,

**ROSS & VOYTAS, LLC**

By: <u>/s/ Richard A. Voytas, Jr.</u>
Richard A. Voytas, Jr., #52046
rick@rossvoytas.com
2242 S Brentwood Blvd.
St. Louis, MO 63144
Phone: (314) 394-0605
Fax: (636) 333-1212

Attorney for Plaintiff

1

Exhibit A

Electronically Filed - City of St. Louis - January 27, 2021 - 12:34 PM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by operation of the electronic filing system pursuant to Rule 103.08 and Court Operating Rule 27.01 and via email to the following this 27th day of January, 2021:

Kevin J. Farrell, Attorney
Law Office of Randy B. Corporon, P.C.
2821 S Parker Road, Suite 555
Aurora, CO 80014
kjf@corporonlaw.com

/s/ Richard A. Voytas, Jr.

2

Exhibit A



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CRAIG KENNEDY HIGGINS | Case Number:  2022-AC10738 | |
|---|---|---|
| | | Special Process Server 1 |
| Plaintiff/Petitioner:<br>TIMOTHY JESSE SNOW | Plaintiff's/Petitioner's Attorney/Address or<br>Pro Se's Address/Telephone Number:<br>RICHARD ANTHONY VOYTAS | |
| vs. | ROSS & VOYTAS LLC<br>2242 S BRENTWOOD BLVD | Special Process Server 2 |
| Defendant/Respondent:<br>ALPHA RECOVERY CORP. | SAINT LOUIS, MO  63144<br>(314) 394-0605 | Special Process Server 3 |
| Nature of Suit:<br>AC Other Tort | Date, Time and Location of Court Appearance:<br>**03-MAR-2021 09:30 AM**<br>**Division 28**<br>**CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO  63101**<br>Please see the attached information for appearing via<br>WebEx.  WebEx connection information may also be found<br>at **http://www.stlcitycircuitcourt.com/** | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Associate Division Cases)

The State of Missouri to:  BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC
                 Alias:

**MLCHAEL SLOTKY**
**RGT AGT FOR BUREAUS**
**895 OAK DR**
**GLENCOE, IL  60062**

**SPECIAL PROCESS SERVER**

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court physically if the court is open to the public or virtually if not on the date, time and location above, to answer the allegation in the petition filed by the above-named plaintiff/petitioner, a copy of which is attached. If you fail to appear at the time and place stated in this summons, judgment by default will be taken against you for the relief demanded in the petition.**\*\*Due to COVID19 challenges, virtual appearances by Webex.com are required until further order of this Court. \*\***
If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

        **February 5, 2021**                      *Thomas Kloppinger*
                Date
Further Information:

---

### Officer's or Server's Affidavit of Service

**Note to serving officer:** Service must not be made less than 10 days nor more than 60 days from the date the defendant/respondent is to appear in court.

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to: _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address) in _____ County,
_____ (state) on this _____ (date) at _____ (time).

_____        _____
    Printed Name of Sheriff or Server              Signature of Sheriff or Server

        **Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
        I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                ☐ the judge of the court of which affiant is an officer.
*(Seal)*                ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                ☐ authorized to administer oaths. (use for court-appointed server)

_____
                Signature and Title

---

**Summons Fees**
Summons   $ _____
Non Est     $ _____
Mileage    $ _____ ( _____ miles @ $ . _____ per mile)

| Total | $ _____ |

See the following page for directions to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States. If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than 10 days nor more than 60 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

## Information For Virtual Appearances via Webex Associate Circuit Civil Cases – Page 1

During the Coronavirus pandemic ( COVID-19) , **the 22st Judicial Circuit (St. Louis City)** has remained open and operational with limited access for in-person appearances pursuant to Missouri Supreme Court Orders and Operational Directives.  Until further court order, all associate civil cases pending in **Divisions 28** will be conducted virtually via the **Webex** or other court approved video technology.

In order to participate through **Webex** or other court approved video technology, you **MUST** have a valid email address or access to a phone.

You may appear in one of three ways:

1. Attend by **Webex** or other court approved video technology (computer or smart phone);
2. Attend by **Webex** or other court approved audio technology (telephone);
3. **Only appear in person if you have been informed that Division 28 will conduct in person proceedings on the date your hearing is set.**
   To check on your case by telephone call **Division 28 at 314-613-3185 or the circuit clerk's office at 622-4433** during regular business hours.
    You can access your case online on CaseNet at www.courts.mo.gov

**If you fail to appear at your scheduled Court hearing by one of the three methods above, a default judgment may be entered against you**.

**To appear at the Webex hearing please follow the steps below:**

**Parties are required to appear in court on the date ordered physically if the courthouse is open for your specific proceeding or virtually using the below URL link and/or Audio Connection with the Meeting Number/Access Code 961 544 759**

## Information For Virtual Appearances via Webex Associate Circuit Civil Cases – Page 1

During the Coronavirus pandemic ( COVID-19) , **the 22st Judicial Circuit (St. Louis City)** has remained open and operational with limited access for in-person appearances pursuant to Missouri Supreme Court Orders and Operational Directives.  Until further court order, all associate civil cases pending in **Divisions 28** will be conducted virtually via the **Webex** or other court approved video technology.

In order to participate through **Webex** or other court approved video technology, you **MUST** have a valid email address or access to a phone.

You may appear in one of three ways:

Exhibit A

4. Attend by **Webex** or other court approved video technology (computer or smart phone);
5. Attend by **Webex** or other court approved audio technology (telephone);
6. **Only appear in person if you have been informed that Division 28 will conduct in person proceedings on the date your hearing is set.**
   To check on your case by telephone call **Division 28 at 314-613-3185 or the circuit clerk's office at 622-4433** during regular business hours.
    You can access your case online on CaseNet at www.courts.mo.gov

**If you fail to appear at your scheduled Court hearing by one of the three methods above, a default judgment may be entered against you**.

**To appear at the Webex hearing please follow the steps below:**

**Parties are required to appear in court on the date ordered physically if the courthouse is open for your specific proceeding or virtually using the below URL link and/or Audio Connection with the Meeting Number/Access Code 961 544 759**

URL:
**https://mocourts.webex.com/meet/craig.higgins/**

Meeting Number:
967 395 750
Video Address:
**craig.higgins@mocourts.webex.com"**

Audio connection:
United States Toll +1-408-418-9388

Access code:
967 395 750

Exhibit A

## <u>Additional Information For Self-Represented Litigants on Associate Circuit Civil Cases – Page 2</u>

1. The **WebEx** app is free and available through all phone app stores, such as the Google Play store or iTunes.  The call in number is a toll call.

2. At the time of your scheduled hearing, you should log into **Webex** or call in using the audio connection above.

3. If you have any questions, please call the **Division 28 court clerk at 314-613-3185**.

4. VIDEO OR AUDIO RECORDING by litigants or by counsel **<u>IS PROHIBITED</u>**.

5. Until your next court date, please consider the following:

   - You can monitor the status of your case online on CaseNet at <u>www.courts.mo.gov.</u>  Use the "Track this Case" feature to automatically receive emails or text messages about your case.

   - **Before coming to the courthouse**, please check the St. Louis City Circuit Court website **at <u>www.stlcitycircuitcourt.com</u>** to determine whether the courthouse will be open on the day of your scheduled court hearing.

   - To check on your case by telephone call **Division 28 at 314-613-3185 or the circuit clerk's office at 622-4433** during regular business hours. Due to the increased volume of calls, court clerks may not be available at all times to answer questions via telephone.

   - You have the right to hire an attorney to represent you.

   - Attorneys must **mark and** e-file all documents.

   - If you are not represented by a lawyer, you may file answers or other pleadings with the court by mail, or **when the Court is open to the public** come in person to the St. Louis **City Circuit Clerk's office, 10 North Tucker, St. Louis, MO 63108.**

   - Parties are encouraged, but in no way required, to engage in settlement discussions regarding their cases.  If a settlement is reached, a Consent Judgment resolving the case may be filed with the court.  A consent judgement must be signed by all the parties and dated.

Exhibit A

 **Additional Information For Self-Represented Litigants on Associate Circuit Civil Cases – Page 2**

6.  The **WebEx** app is free and available through all phone app stores, such as the Google Play store or iTunes.  The call in number is a toll call.

7.  At the time of your scheduled hearing, you should log into **Webex** or call in using the audio connection above.

8.  If you have any questions, please call the **Division 28 court clerk at 314-613-3185**.

9.  VIDEO OR AUDIO RECORDING by litigants or by counsel **IS PROHIBITED**.

10. Until your next court date, please consider the following:

- You can monitor the status of your case online on CaseNet at www.courts.mo.gov.  Use the "Track this Case" feature to automatically receive emails or text messages about your case.

- **Before coming to the courthouse**, please check the St. Louis City Circuit Court website at **www.stlcitycircuitcourt.com** to determine whether the courthouse will be open on the day of your scheduled court hearing.

- To check on your case by telephone call **Division 28 at 314-613-3185 or the circuit clerk's office at 622-3573** during regular business hours. Due to the increased volume of calls, court clerks may not be available at all times to answer questions via telephone.

- You have the right to hire an attorney to represent you.

- Attorneys must **mark and** e-file all documents.

- If you are not represented by a lawyer, you may file answers or other pleadings with the court by mail, or **when the Court is open to the public** come in person to the St. Louis **City Circuit Clerk's office, 10 North Tucker, St. Louis, MO 63108.**

- Parties are encouraged, but in no way required, to engage in settlement discussions regarding their cases.  If a settlement is reached, a Consent Judgment resolving the case may be filed with the court.  A consent judgement must be signed by all the parties and dated.

Exhibit A